## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA FADKE,<br>a/k/a VERONICA DANON, | )<br>)<br>) | |
| Plaintiff, | )<br>) | 8:09CV35 |
| vs. | )<br>) | ORDER |
| NORTH STAR CAPITAL<br>ACQUISITIONS, LLC, | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's response (Filing No. 7) to the court's March 26, 2009, Order to Show Cause (Filing No. 6). The court had ordered the plaintiff to show cause why the case should not be dismissed for failure to prosecute pursuant to NECivR 41.2. The plaintiff states the parties have reached a settlement of the claims, but need additional time, until April 30, 2009, to finalize the settlement. The court will grant the plaintiff a brief extension to complete settlement and comply with NECivR 41.1. However, it remains the plaintiff's duty to go forward in prosecuting the case. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff has until the close of business **on April 30, 2009**, to voluntarily dismiss this action, file a motion for Clerk's entry of default, or show cause why this case should not be dismissed for failure to prosecute the defendant.

2. The plaintiff shall mail a copy of this order and her April 14, 2009, motion to counsel for the defendant, as noted in the motion, and file a certificate of service therefore.

Dated this 15th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge